expiration of lease, and action by subsequent lessee. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

Nichols & Gernon, for appellant. Emory J. Smith, for appellee; Louis Salinger, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Universal Vending Service Company, appellee, v. Vito Potuto and S. Pascento, appellants. Gen. No. 28,571.

Universal Vending Service Company, appellee, v. John Napoletano and Alfonso Probenzano, appellants. Gen. No. 28,572.

Forcible detainer to recover possession of news stand and concession spaces on elevated railroad platform. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Max C. Liss and Clarence Darrow, for appellants. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Universal Vending Service Company, appellee, v. George Trakas, appellant. Gen. No. 28,578.

Forcible detainer to recover possession of news stand space in elevated railroad station. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Max C. Liss and Clarence Darrow, for appellant. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

William Goldstein, appellee, v. Burton Auto Spring Manufacturing Company et al., appellants. Gen. No. 28,695.

Interlocutory injunction against disposing of business of a corporation and a copartnership; from managing or operating them; and from appropriating any of the property, until further order of court. (Final relief prayed as for discovery and accounting.) Interlocutory injunction granted. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed. Opinion filed November 27, 1923.

E. A. Zimmerman, for appellants; Arthur J. Shutan, of counsel. Stein, Mayer & David, for appellee; Sigmund W. David and W. S. Hefferan, Jr., of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.